# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-91-GF-BMM |
| Plaintiff, | |
| vs. | |
| BRANDON MICHAEL JACKSON, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 14, 2019. (Doc. 99.) The Defendant, Brandon Michael Jackson (Jackson) waived the 14 day objection period and the right to allocute before the undersigned at the revocation hearing held August 13, 2019. (Doc 98.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 13, 2019. (Doc. 98.) The United States accused Jackson of violating his conditions of supervised

release by: 1) using methamphetamine; 2) by committing another crime; 3) by consuming alcohol; 4) by failing to report for substance abuse testing; 5) by using cocaine; 6) by failing to report for substance abuse treatment; and 7) by possessing methamphetamine. (Doc. 99 at 2.) Jackson admitted to all of the allegations. (Doc. 98.) Judge Johnston found that Jackson's violations warrant revocation, and recommended a sentence of nine months in custody, with no supervised release to follow. (Doc. 99 at 3.)

These violations prove serious and warrant revocation of Jackson's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 99) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Brandon Michael Jackson be sentenced to custody for 9 months, no supervised release to follow.

DATED this 21st day of August, 2018.

Brian Morris
United States District Court Judge